# EXHIBIT A



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
**OFFICE OF PRIVACY, CIVIL LIBERTIES, AND FREEDOM OF INFORMATION**
**1137 BRANCHTON ROAD**
**BOYERS, PA  16018-0618**

October 2, 2024

Mr. Neil Bedi
New York Times
neil.bedi@nytimes.com

Dear Mr. Bedi:

    This is in reference to your Freedom of Information Act (FOIA) request for a list of security clearances for Elon Musk.  You requested this list include any details about the extent and purview of each of the clearances.  We received your request in our office on September 17, 2024.

    We have identified two (2) pages responsive to your request, within the Defense Investigastion System for Security (DISS) system.  This information was reviewed pursuant to the Freedom of Information Act, 5 U.S.C §552, and included consideration of the "foreseeable harm standard" (i.e., that information which might technically fall within an exemption should not be withheld from a FOIA requester unless the agency can identify a foreseeable harm or legal bar to disclosure).  We are withholding this information in full pursuant to FOIA exemptions (b)(6) and (b)(7)(C).

    The exemptions protect information that could reasonably be expected to cause an unwarranted invasion of privacy.  Courts have found that an individual's status as a public figure might in some circumstances factor into the privacy balance; however, a public figure does not, by virtue of their status, forfeit all rights of privacy.  We have determined the information that you are seeking is privacy-related information pertaining to a third party and the privacy interest outweighs disclosure.  The information does not provide the public insight into the operations or activities of the agency.

    You have the right to appeal this response by submitting a request to the FOIA Appellate Authority via e-mail at dcsa.quantico.hq.mbx.foia@mail.mil, or in writing to the Defense Counterintelligence and Security Agency, ATTN:  FOIA Appellate Authority, P.O. Box 618, 1137 Branchton Rd, Boyers, PA 16018.  If mailing your appeal, clearly mark the outside of the envelope and your written appeal letter: "Privacy/FOIA Appeal".  Appeals must be received by DCSA within ninety (90) calendar days from the date of this letter to be considered timely.  Your written appeal letter should include the reasons why the requested information should be released and why this action may be in error.  Include with your appeal letter a copy of your original request and this response letter.  Please reference tracking number DCSA-B 24-13267.

    You also may seek dispute resolution services from the FOIA Public Liaison via e-mail at dcsa.quantico.hq.mbx.foia@mail.mil, or by calling (878) 274-4411.  Alternatively, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to

litigation.  You may contact OGIS in any of the following ways or refer to their website: https://www.archives.gov/ogis."

      U.S. National Archives and Records Administration    Phone: 202-741-5770
      Office of Government Information Services           Toll-Free: 1-877-684-6448
      8601 Adelphi Road - OGIS                            Fax: 202-741-5769
      College Park, MD 20740-6001                      Email:  ogis@nara.gov

    If you have any questions regarding this response, contact the Freedom of Information and Privacy office at 878-274-1185 and reference tracking number DCSA-B 24-13267.

                                                       Sincerely,

                                                       Christina F. Bianco
                                                     Supervisory Government Information Specialist