UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and NEIL
BEDI,

                    Plaintiffs,

        v.

UNITED STATES DEFENSE
COUNTERINTELLIGENCE AND SECURITY
AGENCY,

                    Defendant.

25-cv-2333

## STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York

Times Company, a publicly traded company, certifies that it has no parent company and that no

publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        March 20, 2025

/s/ Dana R. Green
Dana R. Green
Timothy Tai
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-5290
Fax: (212) 556-4634
E-mail: dana.green@nytimes.com

*Counsel for Plaintiffs*