JAY CLAYTON
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
NEIL BEDI,

           Plaintiffs,

           v.

UNITED STATES DEFENSE
COUNTERINTELLIGENCE AND SECURITY
AGENCY,

           Defendant.

25 Civ. 2333 (DLC)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, as well as the Declaration of Charles D. Watters, defendant United States Defense Counterintelligence and Security Agency, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56 entering summary judgment in favor of the defendant.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling order, ECF No. 9, opposition papers, if any, must be served upon the United States Attorney's Office, Southern

District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, no later than June 27, 2025.

Dated:  May 30, 2025                              Respectfully submitted,
        New York, New York

                                                  JAY CLAYTON
                                                  United States Attorney

                                         By:     /s/ Peter Aronoff
                                                  PETER ARONOFF
                                                  Assistant United States Attorney
                                                  86 Chambers Street, Third Floor
                                                  New York, New York 10007
                                                  Tel.: (212) 637-2697
                                                  peter.aronoff@usdoj.gov

To:     Dana Green, counsel for plaintiffs (by ECF)