UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
NEIL BEDI,

                             Plaintiffs,

                    v.

UNITED STATES DEFENSE
COUNTERINTELLIGENCE AND SECURITY
AGENCY,

                             Defendant.

No. 25-cv-2333-DLC

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment, as well as the Declaration of Dana R. Green and the exhibits thereto, Plaintiffs The New York Times Company and Neil Bedi hereby move this Court for an order pursuant to Federal Rule of Civil Procedure 56 entering summary judgment in favor of Plaintiffs.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's scheduling order entered on April 29, 2025, opposition papers must be served upon Plaintiffs no later than July 18, 2025.

| | |
|---|---|
| Dated: June 27, 2025<br>New York, New York | THE NEW YORK TIMES COMPANY<br><br>By: /s/ Dana R. Green<br>Dana R. Green<br>Alexandra Settelmayer<br>Timothy Tai<br>The New York Times Company<br>Legal Department<br>620 8th Avenue<br>New York, NY 10018<br>Phone: (212) 556-5290<br>Fax: (212) 556-4634<br>dana.green@nytimes.com<br>alexandra.settelmayer@nytimes.com<br>timothy.tai@nytimes.com<br><br>*Attorneys for Plaintiffs* |