UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY and
NEIL BEDI,

                              Plaintiffs,

        v.

UNITED STATES DEFENSE
COUNTERINTELLIGENCE AND SECURITY
AGENCY,

                              Defendant.

No. 25-cv-2333-DLC

**DECLARATION OF DANA R. GREEN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

DANA R. GREEN, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am Vice President and Assistant General Counsel with The New York Times Company and am counsel for Plaintiffs The New York Times Company and Neil Bedi (together, "The Times"). I have personal knowledge of the matters stated herein. I submit this declaration in support of The Times's Motion for Summary Judgment and in opposition to Defendant United States Defense Counterintelligence and Security Agency's ("Defendant") Motion for Summary Judgment.[1]

2.      Annexed hereto as **Exhibit 1** is a true and correct copy of an article authored by Joe Palazzolo, Emily Glazer and Micah Maidenberg titled "Why Musk Doesn't Have Access to SpaceX's Biggest Government Secrets" and published by *The Wall Street Journal* on December 15, 2014. *See* https://www.wsj.com/tech/musk-spacex-security-clearance-secrets-b9774346?reflink=desktopwebshare_permalink.

---

[1] Although The Times's position is that the webpages cited in its memorandum of law are subject to judicial notice, it is attaching copies of certain webpages as exhibits to this declaration to facilitate the Court's access to them.

1

3.    Annexed hereto as **Exhibit 2** is a true and correct copy of an article authored by Joseph Menn titled "White House security staff warned Musk's Starlink is a security risk" and published by *The Washington Post* on June 7, 2025. *See* https://www.washingtonpost.com/technology/2025/06/07/starlink-white-house-security-doge-musk/.

4.    Annexed hereto as **Exhibit 3** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on September 7, 2023 at 6:48 PM. *See* https://x.com/elonmusk/status/1699917639043404146.

5.    Annexed hereto as **Exhibit 4** is a true and correct copy of a social media post on X.com authored by Marco Rubio (@marcorubio) on March 9, 2025 at 11:21 AM. *See* https://x.com/marcorubio/status/1898755922492588082.

6.    Annexed hereto as **Exhibit 5** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on March 9, 2025 at 12:52 PM. *See* https://x.com/elonmusk/status/1898779023234236437.

7.    Annexed hereto as **Exhibit 6** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on October 28, 2023 at 7:12 AM. *See* https://x.com/elonmusk/status/1718224153474388433.

8.    Annexed hereto as **Exhibit 7** is a true and correct copy of a social media post on X.com authored by Shlomo Karhi (@shlomo_karhi) on October 28, 2023 at 12:53 PM. *See* https://x.com/shlomo_karhi/status/1718309963666211328.

9.    Annexed hereto as **Exhibit 8** is a true and correct copy of a social media post on X.com authored by Shlomo Karhi (@shlomo_karhi) on November 27, 2023 at 1:43 AM. *See* https://x.com/shlomo_karhi/status/1729028213991514477.

10.    Annexed hereto as **Exhibit 9** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on June 13, 2025 at 11:24 PM.  *See* https://x.com/elonmusk/status/1933727111485026581.

11.    Annexed hereto as **Exhibit 10** is a true and correct copy of an article authored by Trisha Thadani and Clara Ence Morse titled "Elon Musk is now America's largest political donor" and published by *The Washington Post* on December 6, 2024.  *See* https://www.washingtonpost.com/technology/2024/12/06/elon-musk-trump-campaign-spending-fec/.

12.    Annexed hereto as **Exhibit 11** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on February 14, 2025 at 1:10 AM.  *See* https://x.com/elonmusk/status/1890282404897534089.

13.    Annexed hereto as **Exhibit 12** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on January 7, 2024 at 7:03 AM.  *See* https://x.com/elonmusk/status/1743966490917794153.

14.    Annexed hereto as **Exhibit 13** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on August 4, 2023 at 11:14 PM.  *See* https://x.com/elonmusk/status/1687663413877714944.

15.    Annexed hereto as **Exhibit 14** is a true and correct copy of an article authored by Emily Glazer and Kirsten Grind titled "Elon Musk Has Used Illegal Drugs, Worrying Leaders at Tesla and SpaceX" published by *The Wall Street Journal* on January 6, 2024.  *See* https://www.wsj.com/business/elon-musk-illegal-drugs-e826a9e1?reflink=desktopwebshare_permalink/.

3

16.     Annexed hereto as **Exhibit 15** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on Jan. 8, 2025 at 12:49 AM. *See* https://x.com/elonmusk/status/1744234845885149320.

17.     Annexed hereto as **Exhibit 16** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on Jan. 8, 2025 at 12:56 AM. *See* https://x.com/elonmusk/status/1744236568041095426.

18.     Annexed hereto as **Exhibit 17** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on May 31, 2025 at 3:19 PM. *See* https://x.com/elonmusk/status/1928894163975631307.

19.     Annexed hereto as **Exhibit 18** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on June 17, 2025 at 3:44 AM. *See* https://x.com/elonmusk/status/1934879919059947788.

20.     Annexed hereto as **Exhibit 19** is a true and correct copy of an article authored by Dana Mattioli titled "U.S. Agencies Tracked Foreigners Traveling to See Musk" published by *The Wall Street Journal* on June 10 2025. *See* https://www.wsj.com/politics/national-security/elon-musk-visitors-homeland-security-dbf96364?reflink=desktopwebshare_permalink.

21.     Annexed hereto as **Exhibit 20** is a true and correct copy of an article authored by Thomas Grove, Warren P. Strobel, Aruna Viswanatha, Gordon Lubold, and Sam Schechner titled "Elon Musk's Secret Conversations With Vladimir Putin" published by *The Wall Street Journal* on October 25, 2024. *See* https://www.wsj.com/world/russia/musk-putin-secret-conversations-37e1c187?reflink=desktopwebshare_permalink.

22.     Annexed hereto as **Exhibit 21** is a true and correct copy of a social media post on X.com authored by Elon Musk (@elonmusk) on October 11, 2022 at 12:48 PM.  *See* https://x.com/elonmusk/status/1579879154463690752.

23.     Annexed hereto as **Exhibit 22** is a true and correct copy of an article authored by Kirsten Grind, Eric Lipton, and Sheera Frenkel titled "Elon Musk and SpaceX Face Federal Reviews After Violations of Security Reporting Rules" published by *The New York Times* on December 17, 2024.  *See* https://www.nytimes.com/2024/12/17/technology/elon-musk-spacex-national-security-reporting.html.

24.     Annexed here to as **Exhibit 23** is a true and correct copy of Defendant's September 17, 2024 email acknowledging receipt of The Times's Freedom of Information Act ("FOIA") Request.

25.     Annexed here to as **Exhibit 24** is a true and correct copy of Defendant's October 2, 2024 Denial of The Times's FOIA Request.

26.     Annexed here to as **Exhibit 25** is a true and correct copy of The Times's December 15, 2024 FOIA Appeal.

27.     Annexed here to as **Exhibit 26** is a true and correct copy of Defendant's January 27, 2025 Denial of The Times's FOIA Appeal.

28.     Annexed here to as **Exhibit 27** is a true and correct copy of The Times's subsequent February 5, 2025 letter seeking reconsideration.

29.     Annexed here to as **Exhibit 28** is a true and correct copy of DSCA's February 18, 2025 Denial of The Times's subsequent February 5, 2025 letter seeking reconsideration.

5

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2025

/s/ Dana R. Green
Dana R. Green