# **EXHIBIT 28**



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
OFFICE OF PRIVACY, CIVIL LIBERTIES, AND FREEDOM OF INFORMATION
1137 BRANCHTON ROAD
BOYERS, PA  16018-0618

February 18, 2025

Ms. Dana R. Green
Vice President and Assistant General Counsel
The New York Times Company
620 8th Avenue
New York, NY 10018

Re: FOIA DCSA-B 24-13267 / FOIA Appeal APP25-00016

Dear Ms. Green:

This letter serves as acknowledgement of your February 5, 2025, correspondence to the DCSA in which you further request information pertaining to those security clearances granted to Elon Musk.

The DCSA's decision to withhold this information has not changed nor has our opinion as to Mr. Musk's privacy interests in these records.  Please see our January 27, 2025, letter to you for additional information.  The DCSA considers this matter closed.

Sincerely,

*Charles D. Watters*

Charles D. Watters
Chief
Privacy, Civil Liberties and
Freedom of Information