UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and NEIL BEDI,<br><br>         Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>         Defendant. | No. 25-cv-2333-DLC<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

  PLEASE TAKE NOTICE that Timothy Tai hereby moves to withdraw as counsel for Plaintiffs, The New York Times Company and Neil Bedi, in the above-captioned action. Plaintiffs will continue to be represented by Dana R. Green of The New York Times Company, who has appeared in this action.

Dated: August 8, 2025

                   */s/ Timothy Tai*
                   Timothy Tai
                   The New York Times Company
                   Legal Department
                   620 8th Avenue
                   New York, NY 10018
                   Phone: (212) 556-1244
                   Fax: (212) 556-4634
                   timothy.tai@nytimes.com

                   *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 1.4(b), I certify that on August 8, 2025, I caused the foregoing document to be served electronically upon all parties by filing it through the Court's CM/ECF system.

*/s/ Timothy Tai*
Timothy Tai