```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   25cv2333(DLC)
THE NEW YORK TIMES COMPANY and NEIL        :
BEDI,                                      :
                                           :        ORDER
                           Plaintiffs,     :
              -v-                          :
                                           :
UNITED STATES DEFENSE                      :
COUNTERINTELLIGENCE AND SECURITY           :
AGENCY,                                    :
                                           :
                           Defendant.      :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of October 8, 2025 granted summary judgment to plaintiffs in the above-captioned case and permitted the Government to seek redactions of the responsive record no later than October 17, 2025. On October 17, 2025, the Government filed a letter proposing a number of redactions to the record; asking the Court to redefine the responsive "record" as the second page of the ex parte submission only; and requesting that the Court order the record's disclosure subject to those redactions. Accordingly, it is hereby

ORDERED that the Government's definition of the "record" as the second page of the ex parte submission is approved.

IT IS FURTHER ORDERED that the Government's proposed redactions are approved in part. The proposed redactions are approved, with the exception of Mr. Musk's date of birth and

place of birth, barring a representation from the Government no later than **October 24, 2025** that such information is not publicly available.

IT IS FURTHER ORDERED that the Government shall produce the record, subject to the approved redactions, to plaintiffs no later than December 19, 2025.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment for the plaintiffs pursuant to the Opinion of October 8, 2025.

Dated:   New York, New York
         October 20, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge