# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

THE NEW YORK TIMES COMPANY and NEIL BEDI,

                         Plaintiffs,                        25 **CIVIL** 2333 (DLC)

       -against-                                     **<u>JUDGMENT</u>**

UNITED STATES DEFENSE COUNTERINTELLIGENCE
AND SECURITY AGENCY.

                        Defendant.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 8, 2025, and the Court's Order dated October 20, 2025, plaintiffs' June 27, 2025 motion for summary judgment is granted. The defendant's May 30, 2025 motion for summary judgment is denied.

**Dated:**  New York, New York

      October 21, 2025

                                                  **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                        **BY:**

                                                     **Deputy Clerk**