UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and NEIL BEDI,<br><br>                        Plaintiffs,<br><br>            v.<br><br>UNITED STATES DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br><br>                        Defendant. | 1:25-cv-02333-DLC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jackson Busch, an attorney at The New York Times Company, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Plaintiffs The New York Times Company and Neil Bedi in the above-captioned case.

Dated: November 3, 2025
       New York, NY

/s/ Jackson Busch
Jackson Busch
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Phone: (212) 556-1244
E-mail: jackson.busch@nytimes.com

*Counsel for Plaintiffs*