

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 14, 2025

**VIA ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *The New York Times Company and Neil Bedi v. U.S. Defense Counterintelligence and Security Agency*, 25 Civ. 2333 (DLC)

Dear Judge Cote:

  With the consent of plaintiffs, we write to request a two-week extension of the government's time to respond to plaintiffs' pending motion for partial reconsideration, ECF No. 28. Under Local Civil Rule 6.1(b), the government has fourteen days—until this coming Monday, November 17—to respond.

  The government is considering whether to appeal the Court's disposition of the cross-motions for summary judgment, *see* ECF Nos. 21, 23, 24, 26, and has also been discussing with plaintiffs whether it may be possible to resolve plaintiffs' motion for reconsideration without litigation. However, because of the shutdown, some relevant government personnel have been furloughed until earlier this week. A two-week extension of the government's time to respond to the motion will allow the government necessary time to consider these issues. Plaintiffs consent to this request.

  If the Court grants this request, the parties further request that plaintiffs' reply date be set two weeks later, which will accommodate existing obligations in plaintiffs' counsel's schedule.

  Thus, in summary, we respectfully request the following schedule:

- The government's time to respond to plaintiffs' motion for reconsideration be extended to December 1, 2025;
- Plaintiffs' time to reply be extended to December 15, 2025.

We thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ Peter Aronoff
PETER ARONOFF
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
*Counsel for Defendant*

cc (via ECF):  Counsel for plaintiffs