```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
THE NEW YORK TIMES COMPANY and NEIL       :    25cv2333(DLC)
BEDI,                                     :
                                          :    ORDER
                            Plaintiffs,   :
              -v-                         :
                                          :
UNITED STATES DEFENSE                     :
COUNTERINTELLIGENCE AND SECURITY          :
AGENCY,                                   :
                                          :
                            Defendant.    :
                                          X
-----------------------------------------
```

DENISE COTE, District Judge:

An Order of December 2, 2025 directed the parties to submit any response to the plaintiffs' November 3, 2025 motion for reconsideration by December 8, and any reply by December 22. Having received the defendant's December 8, 2025 cross-motion for reconsideration, it is hereby

ORDERED that any response to the defendant's cross-motion for reconsideration is due **December 22, 2025**. Any reply from the defendant is due **January 9, 2026**. At the time the reply is due, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New

York, New York.

Dated:     New York, New York
           December 9, 2025

                                      _____
                                              DENISE COTE
                                      United States District Judge