

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 18, 2025

**VIA ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *The New York Times Company and Neil Bedi v. U.S. Defense Counterintelligence and Security Agency*, 25 Civ. 2333 (DLC)

Dear Judge Cote:

    Jointly with plaintiffs, we write to request a modification of the Court's disclosure orders to (1) require the government to make a release only of the material that is not subject to either side's cross-motion for reconsideration and (2) stay any further disclosure until the Court has ruled on the parties' cross-motions.

    The Court ordered the government to disclose material at issue in this case by this Friday, December 19. *See* ECF Nos. 21, 23, 24, 26. The parties have cross-moved, seeking reconsideration of the scope of the Court's orders. Plaintiffs seek partial reconsideration of the Court's October 20 Order (and the relevant portion of the Court's October 21 judgment), permitting the government to redact or withhold page 1 of the material at issue and certain information on page 2. ECF No. 28. The government has cross-moved for partial reconsideration to permit certain additional redactions on page 2 of the material at issue. ECF No. 34. However, much of the information on page 2 is not the subject of any motion for reconsideration.

    To permit an orderly resolution of the parties' cross-motions for reconsideration, we respectfully propose the Court so-order the following:

    (1) The government shall disclose by December 19 the portions of page 2 that are not subject to either party's reconsideration motion—that is, the portions of page 2 that the Court ordered disclosed in its October 20 order, ECF No. 23, as modified by the Court's October 24 order, ECF No. 26, except that the government may redact the information that it seeks to withhold in its motion for reconsideration.[1]

    (2) Any further disclosures are stayed pending the Court's resolution of the reconsideration motions.

---

[1] The specific information the government seeks to withhold is noted in the ex parte letter that the government has provided to the Court with its reconsideration filings.

We thank the Court for its consideration of this submission.

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney

By:   */s/ Peter Aronoff*
       PETER ARONOFF
       Assistant United States Attorney
       86 Chambers Street, 3rd floor
       New York, NY 10007
       *Counsel for Defendant*

cc (via ECF):  Counsel for plaintiffs